**Electronically Filed
Supreme Court
SCAP-16-0000830
08-JAN-2020
11:35 AM**

SCAP-16-0000830

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Plaintiff-Appellee,

vs.

JOSEPH PITTS,
Defendant-Appellant.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-16-0000830; CR. NO. 09-1-0097)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed December 17, 2019, is corrected as follows:

On page 35, footnote 14, at the end of the text of footnote 14, add the following sentence and citation:

> In remanding the case, we have concluded that the asserted prosecutorial misconduct in this case was not individually or cumulatively "so egregious" as to bar retrial. Underwood, 142 Hawaiʻi at 329, 418 P.3d at 670.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, January 8, 2020.

/s/ Richard W. Pollack

Associate Justice

